# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

SECOND AMENDMENT FOUNDATION, INC.,
RAINIER ARMS, LLC, SAMUEL WALLEY, and
WILLIAM GREEN,

Plaintiff

v.

Civil Action No.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and JEFFREY ROSEN, in his official capacity as Acting ATTORNEY GENERAL, U.S. Department of Justice,

Defendant

## **CERTIFICATE OF INTERESTED PERSONS**
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

SECOND AMENDMENT FOUNDATION, INC.,
RAINIER ARMS, LLC, SAMUEL WALLEY, and
WILLIAM GREEN,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

SECOND AMENDMENT FOUNDATION, INC.,
RAINIER ARMS, LLC, SAMUEL WALLEY, and
WILLIAM GREEN,

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and JEFFREY ROSEN, in his official capacity as Acting ATTORNEY GENERAL, U.S. Department of Justice,

| | |
|---|---|
| Date: | January 15, 2021 |
| Signature: | /s Chad Flores |
| Print Name: | Chad Flores |
| Bar Number: | 24059759 |
| Address: | 1221 McKinnery Street, Suite 4500 |
| City, State, Zip: | Houston, Texas 77010 |
| Telephone: | 713-951-6268 |
| Fax: | 713-951-3700 |
| E-Mail: | cflores@beckredden.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons