AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Rainier Arms LLC et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:21-cv-00116-B |
| | ) | |
| Bureau of Alcohol Tabacco Firearms and | ) | |
| Explosives et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Bureau of Alcohol Tabacco Firearms and Explosives

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Charles Flores
1221 McKinney Street
Suite 4500
Houston , TX 77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/19/2021

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-00116-B

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____ , a person of suitable age and discretion who resides there,

on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____ , who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____

_____

My fees are $ _____        for travel and $ _____        for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____                    _____

                                                                                    Server's signature

                                                        _____

                                                                                    Printed name and title

                                                        _____

                                                                                    Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Rainier Arms LLC et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:21-cv-00116-B |
| | ) |
| Bureau of Alcohol Tabacco Firearms and Explosives et al | ) |
| *Defendant* | ) |

### Summons in a Civil Action

**TO:** Bureau of Alcohol Tabacco Firearms and Explosives

These copies of the summons and complaint are to be either:

(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 1100 Commerce, 3rd Floor,Dallas, TX 75242-1699)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Flores
1221 McKinney Street
Suite 4500
Houston , TX 77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  01/19/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-00116-B

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐   I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐   I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐   I returned the summons unexecuted because _____ ;  or

☐   other (*specify*) _____
_____

My fees are $ _____         for travel and $ _____         for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Rainier Arms LLC et al | ) |
| _Plaintiff_ | ) |
| v. | ) |
| | ) Civil Action No. 3:21-cv-00116-B |
| Bureau of Alcohol Tabacco Firearms and | ) |
| Explosives et al | ) |
| _Defendant_ | ) |

## Summons in a Civil Action

**TO:** Bureau of Alcohol Tabacco Firearms and Explosives

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Flores
1221 McKinney Street
Suite 4500
Houston , TX 77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

DATE:  01/19/2021

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-00116-B

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____; or

☐ I returned the summons unexecuted because _____;  or

☐ other (*specify*) _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Rainier Arms LLC et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:21-cv-00116-B |
| | ) | |
| Bureau of Alcohol Tabacco Firearms and | ) | |
| Explosives et al | ) | |
| *Defendant* | ) | |

**Summons in a Civil Action**

**TO:** Regina Lombardo, in her official capacity as Acting Director of the Bureau of Alcohol Tabacco Firearms and Explosives

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Charles Flores
1221 McKinney Street
Suite 4500
Houston , TX 77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/19/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-00116-B

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

    ☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

    ☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

    ☐  I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

    ☐  I returned the summons unexecuted because _____ ;  or

    ☐  other (*specify*) _____

_____


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.


Date: _____

 

_____
Server's signature

 

_____
Printed name and title

 

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | |
|---|---|
| Rainier Arms LLC et al | ) |
| _Plaintiff_ | ) |
| v. | ) |
| | ) |
| Bureau of Alcohol Tabacco Firearms and | ) |
| Explosives et al | ) |
| _Defendant_ | ) |

Civil Action No. 3:21-cv-00116-B

### Summons in a Civil Action

**TO:** Regina Lombardo, in her official capacity as Acting Director of the Bureau of Alcohol Tabacco Firearms and Explosives

These copies of the summons and complaint are to be either:
 (1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;
or
 (2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 1100 Commerce, 3rd Floor,Dallas, TX 75242-1699)

A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Charles Flores
   1221 McKinney Street
   Suite 4500
   Houston , TX 77010

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

DATE: 01/19/2021

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-00116-B

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____
_____

My fees are $ _____    for travel and $ _____    for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | | |
|---|---|---|
| Rainier Arms LLC et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:21-cv-00116-B |
| | ) | |
| Bureau of Alcohol Tabacco Firearms and | ) | |
| Explosives et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Regina Lombardo, in her official capacity as Acting Director of the Bureau of Alcohol Tabacco Firearms and Explosives

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Flores
1221 McKinney Street
Suite 4500
Houston , TX 77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  01/19/2021

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-00116-B

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

    ☐   I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

    ☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

    ☐   I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

    ☐   I returned the summons unexecuted because _____ ;  or

    ☐   other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Rainier Arms LLC et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:21-cv-00116-B |
| | ) | |
| Bureau of Alcohol Tabacco Firearms and | ) | |
| Explosives et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** Jeffrey Rosen, in his official capacity as Acting ATTORNEY GENERAL US
Department of Justice

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Charles Flores
1221 McKinney Street
Suite 4500
Houston , TX 77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/19/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-00116-B

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | |
|---|---|
| Rainier Arms LLC et al | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 3:21-cv-00116-B |
| | ) |
| Bureau of Alcohol Tabacco Firearms and | ) |
| Explosives et al | ) |
| _Defendant_ | ) |

## Summons in a Civil Action

**TO:** Jeffrey Rosen, in his official capacity as Acting ATTORNEY GENERAL US Department of Justice

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;

or

(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 1100 Commerce, 3rd Floor,Dallas, TX 75242-1699)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Flores
1221 McKinney Street
Suite 4500
Houston , TX 77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

DATE:  01/19/2021

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-00116-B

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐   I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐   I returned the summons unexecuted because _____ ;  or

☐   other (*specify*) _____
_____

My fees are $ _____  for travel and $ _____  for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
#### for the
#### Northern District of Texas

| | | |
|---|---|---|
| Rainier Arms LLC et al | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 3:21-cv-00116-B |
| | ) | |
| Bureau of Alcohol Tabacco Firearms and | ) | |
| Explosives et al | ) | |
| _Defendant_ | ) | |

### Summons in a Civil Action

**TO:** Jeffrey Rosen, in his official capacity as Acting ATTORNEY GENERAL US Department of Justice

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Flores
1221 McKinney Street
Suite 4500
Houston , TX 77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

DATE: 01/19/2021

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-00116-B

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐   I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐   I returned the summons unexecuted because _____ ;  or

☐   other (*specify*) _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Rainier Arms LLC et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:21-cv-00116-B |
| | ) | |
| Bureau of Alcohol Tabacco Firearms and | ) | |
| Explosives et al | ) | |
| *Defendant* | ) | |

**Summons in a Civil Action**

**TO:** United States Department of Justice

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Charles Flores
    1221 McKinney Street
    Suite 4500
    Houston , TX 77010

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 01/19/2021

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-00116-B

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

□   I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____; or

□   I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

□   I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____; or

□   I returned the summons unexecuted because _____;  or

□   other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Rainier Arms LLC et al | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 3:21-cv-00116-B |
| | ) | |
| Bureau of Alcohol Tabacco Firearms and | ) | |
| Explosives et al | ) | |
| _Defendant_ | ) | |

## Summons in a Civil Action

**TO:** United States Department of Justice

These copies of the summons and complaint are to be either:
 (1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United
  States attorney or clerical employee whom the United States Attorney has designated in writing
  filed with the Clerk of the United States District Court for the Northern District of Texas;
   or
 (2) send by registered or certified mail to the civil-process clerk at the Office of the United States
  Attorney for the Northern District of Texas ( 1100 Commerce, 3rd Floor,Dallas, TX 75242-1699)

A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) -- or
60 days if you are the United States or a United States agency, or an officer or employee of the United
States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the
attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or
motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

 Charles Flores
 1221 McKinney Street
 Suite 4500
 Houston , TX 77010

 If you fail to respond, judgment by default will be entered against you for the relief demanded in
the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

DATE:  01/19/2021

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-00116-B

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐  I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____; or

☐  I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____, a person of suitable age and discretion who resides there,

on (*date*) _____, and mailed a copy to the individual's last known address; or

☐  I served the summons on (*name of individual*) _____, who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐  I returned the summons unexecuted because _____ ;  or

☐  other (*specify*) _____

_____

My fees are $ _____   for travel and $ _____   for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                                                        Server's signature

                                                                    _____
                                                                                        Printed name and title

                                                                    _____
                                                                                        Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| Rainier Arms LLC et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:21-cv-00116-B |
| | ) | |
| Bureau of Alcohol Tabacco Firearms and | ) | |
| Explosives et al | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** United States Department of Justice

(These copies of the summons and complaint are to be sent by registered or certified mail to the Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles Flores
1221 McKinney Street
Suite 4500
Houston , TX 77010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE:  01/19/2021

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:21-cv-00116-B

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____

was received by me on (*date*) _____.

☐   I personally served the summons on the individual at (*place*) _____

_____ on (*date*) _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____

_____ , a person of suitable age and discretion who resides there,

on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐   I served the summons on (*name of individual*) _____ , who is designated

by law to accept service of process on behalf of (*name of organization*) _____

_____ on (*date*) _____ ; or

☐   I returned the summons unexecuted because _____ ;  or

☐   other (*specify*) _____

_____

My fees are $ _____      for travel and $ _____      for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: