# AFFIDAVIT OF PROCESS SERVER

### In the United States District Court for the Northern District of Texas
### Dallas Division

**Second Amendment Foundation, Inc., et al**

    Plaintiff(s),

VS.

**Bureau of Alcohol, Tobacco, Firearms and Explosives, et al**

    Defendant(s).

Attorney: Chad Flores

Farhang & Medcoff PLLC
4801 E. Broadway Blvd., #311
Tucson AZ 85711



*261794*

**Case Number: 3:21-cv-00116-B**

Legal documents received by Same Day Process Service, Inc. on **01/26/2021** at **4:19 PM** to be served upon **Bureau of Alcohol, Tobacco, Firearms and Explosives at 99 New York Avenue, NE, Washington, DC 20226**

I, **Michael Molash**, swear and affirm that on **January 27, 2021** at **10:16 AM**, I did the following:

Served **Bureau of Alcohol, Tobacco, Firearms and Explosives** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Exhibits** by Certified Mailing to **Bureau of Alcohol, Tobacco, Firearms and Explosives at 99 New York Avenue, NE, Washington, DC 20226**.

**Supplemental Data Appropriate to this Service:** On 01-27-2021, a copy of the legal documents were certified mailed to the subject with receipt number: 70202450000233104009 to the address of: 99 New York Avenue, NE, Washington, DC 20226.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Michael Molash
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **261794**

District of Columbia: SS
Subscribed and Sworn to before me
this 27 day of January, 2021

_____
Brandon Snesko, Notary Public, D.C.
My commission expires August 14, 2021

# AFFIDAVIT OF PROCESS SERVER

In the United States District Court for the Northern District of Texas
Dallas Division

**Second Amendment Foundation, Inc., et al**

    Plaintiff(s),

vs.

**Bureau of Alcohol, Tobacco, Firearms and Explosives, et al**

    Defendant(s).

Attorney: Chad Flores

Farhang & Medcoff PLLC
4801 E. Broadway Blvd., #311
Tucson AZ 85711



*261797*

Case Number: 3:21-cv-00116-B

Legal documents received by Same Day Process Service, Inc. on **01/26/2021** at **4:23 PM** to be served upon **Bureau of Alcohol, Tobacco, Firearms and Explosives, by serving Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001**

I, **Michael Molash**, swear and affirm that on **January 27, 2021** at **10:16 AM**, I did the following:

Served **Bureau of Alcohol, Tobacco, Firearms and Explosives, by serving Attorney General of the United States** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Exhibits** by **Certified Mailing** to : `Bureau of Alcohol, Tobacco, Firearms and Explosives, by serving Attorney General of the United States at 950 Pennsylvania Avenue, NW , Washington, DC 20530-0001.

**Supplemental Data Appropriate to this Service:** On 01-27-2021, a copy of the legal documents were certified mailed to the subject with receipt number: 70202450000233104023 to the address of: 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Michael Molash**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **261797**

District of Columbia: SS
Subscribed and Sworn to before me
this 27 day of January, 2021

_____
Brandon Snesko, Notary Public, D.C.
My commission expires August 14, 2021

# AFFIDAVIT OF PROCESS SERVER

In the United States District Court for the Northern District of Texas
Dallas Division

Second Amendment Foundation, Inc., et al

    Plaintiff(s),

vs.

Bureau of Alcohol, Tobacco, Firearms and Explosives, et al

    Defendant(s).

Attorney: Chad Flores

Farhang & Medcoff PLLC
4801 E. Broadway Blvd., #311
Tucson AZ 85711



*261798*

Case Number: 3:21-cv-00116-B

Legal documents received by Same Day Process Service, Inc. on **01/26/2021** at **4:24 PM** to be served upon **Regina Lombardo, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives at 99 New York Avenue, NE, Washington, DC 20226**

I, **Michael Molash**, swear and affirm that on **January 27, 2021** at **10:16 AM**, I did the following:

Served **Regina Lombardo, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Exhibits**   by Certified Mailing to ;   Regina Lombardo, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives at 99 New York Avenue, NE , Washington, DC 20226.

**Supplemental Data Appropriate to this Service:** On 01-27-2021, a copy of the legal documents were certified mailed to the subject with receipt number: 70202450000233104030 to the address of: 99 New York Avenue, NE, Washington, DC 20226.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Michael Molash
Process Server

Same Day Process Service, Inc.
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: 261798

District of Columbia: SS
Subscribed and Sworn to before me
this ____ day of _____, 2021

_____
Brandon Snesko, Notary Public, D.C.
My commission expires August 14, 2021

# AFFIDAVIT OF PROCESS SERVER

In the United States District Court for the Northern District of Texas
Dallas Division

**Second Amendment Foundation, Inc., et al**

      Plaintiff(s),

vs.

**Bureau of Alcohol, Tobacco, Firearms and Explosives, et al**

      Defendant(s).

Attorney: Chad Flores

Farhang & Medcoff PLLC
4801 E. Broadway Blvd., #311
Tucson AZ 85711

*261796*

Case Number: 3:21-cv-00116-B

Legal documents received by Same Day Process Service, Inc. on **01/26/2021** at **4:22 PM** to be served upon **Bureau of Alcohol, Tobacco, Firearms and Explosives, by serving Civil Process Clerk - Office of the United States Attorney for the Northern District of Texas at 1100 Commerce St., 3rd Floor, Dallas, TX 75242-1699**

I, **Michael Molash**, swear and affirm that on **January 27, 2021** at **10:16 AM**, I did the following:

Served **Bureau of Alcohol, Tobacco, Firearms and Explosives, by serving Civil Process Clerk - Office of the United States Attorney for the Northern District of Texas** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Exhibits** by Certified Mailing to **Bureau of Alcohol, Tobacco, Firearms and Explosives, by serving Civil Process Clerk - Office of the United States Attorney for the Northern District of Texas** at **1100 Commerce St., 3rd Floor , Dallas, TX 75242-1699**.

**Supplemental Data Appropriate to this Service:** On 01-27-2021, a copy of the legal documents were certified mailed to the subject with receipt number: 70202450000233104016 to the address of: 1100 Commerce St., 3rd Fl., Dallas, TX 75242-1699.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**Michael Molash**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **261796**

District of Columbia: SS
Subscribed and Sworn to before me
this __27__ day of __January__, __2021__

_____
Branden Snesko, Notary Public, D.C.
My commission expires August 14, 2021

# AFFIDAVIT OF PROCESS SERVER

In the United States District Court for the Northern District of Texas
Dallas Division

**Second Amendment Foundation, Inc., et al**

    Plaintiff(s),

vs.

**Bureau of Alcohol, Tobacco, Firearms and Explosives, et al**

    Defendant(s).

Attorney: Chad Flores

Farhang & Medcoff PLLC
4801 E. Broadway Blvd., #311
Tucson AZ 85711

*261802*

**Case Number: 3:21-cv-00116-B**

Legal documents received by Same Day Process Service, Inc. on **01/26/2021** at **4:28 PM** to be served upon **Jeffrey Rosen, in his official capacity as Acting Attorney General, U.S. Department of Justice, by serving Attorney General of the United States** at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

I, **Michael Molash**, swear and affirm that on **January 27, 2021** at **10:16 AM**, I did the following:

Served **Jeffrey Rosen, in his official capacity as Acting Attorney General, U.S. Department of Justice, by serving Attorney General of the United States** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Exhibits** by Certified Mailing to **Jeffrey Rosen, in his official capacity as Acting Attorney General, U.S. Department of Justice, by serving Attorney General of the United States** at 950 Pennsylvania Avenue, NW , Washington, DC 20530-0001.

**Supplemental Data Appropriate to this Service:** On 01-27-2021, a copy of the legal documents were certified mailed to the subject with receipt number: 70202450000233104078 to the address of: 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Michael Molash**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **261802**

District of Columbia: SS
Subscribed and Sworn to before me
this ___ day of _____, 2021

Brandon Snesko, Notary Public, D.C.
My commission expires August 14, 2021

# AFFIDAVIT OF PROCESS SERVER

In the United States District Court for the Northern District of Texas
Dallas Division

**Second Amendment Foundation, Inc., et al**

Plaintiff(s),

vs.

**Bureau of Alcohol, Tobacco, Firearms and Explosives, et al**

Defendant(s).

Attorney: Chad Flores

Farhang & Medcoff PLLC
4801 E. Broadway Blvd., #311
Tucson AZ 85711


\*261801\*

**Case Number: 3:21-cv-00116-B**

Legal documents received by Same Day Process Service, Inc. on **01/26/2021** at **4:27 PM** to be served upon **Jeffrey Rosen, in his official capacity as Acting Attorney General, U.S. Department of Justice, by serving Civil Process Clerk - Office of the United States Attorney for the Northern District of Texas at 1100 Commerce St., 3rd Floor, Dallas, TX 75242-1699.**

I, **Michael Molash**, swear and affirm that on **January 27, 2021** at **10:16 AM**, I did the following:

Served **Jeffrey Rosen, in his official capacity as Acting Attorney General, U.S. Department of Justice, by serving Civil Process Clerk - Office of the United States Attorney for the Northern District of Texas** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Exhibits** by Certified **Mailing to** **Jeffrey Rosen, in his official capacity as Acting Attorney General, U.S. Department of Justice, by serving Civil Process Clerk - Office of the United States Attorney for the Northern District of Texas at 1100 Commerce St., 3rd Floor , Dallas, TX 75242-1699.**

**Supplemental Data Appropriate to this Service:** On 01-27-2021, a copy of the legal documents were certified mailed to the subject with receipt number: 70202450000233104061 to the address of: 1100 Commerce St., 3rd Fl., Dallas, TX 75242-1699.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_signature_

**Michael Molash**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **261801**



District of Columbia: SS
Subscribed and Sworn to before me
this ____ day of _____ 2021

Brandon Snesko, Notary Public, D.C.
My commission expires August 14, 2021



# AFFIDAVIT OF PROCESS SERVER

In the United States District Court for the Northern District of Texas
Dallas Division

**Second Amendment Foundation, Inc., et al**

    Plaintiff(s),

vs.

**Bureau of Alcohol, Tobacco, Firearms and Explosives, et al**

    Defendant(s).

Attorney: Chad Flores

Farhang & Medcoff PLLC
4801 E. Broadway Blvd., #311
Tucson AZ 85711


*261799*

Case Number: 3:21-cv-00116-B

Legal documents received by Same Day Process Service, Inc. on **01/26/2021** at **4:25 PM** to be served upon **Regina Lombardo, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, by serving Civil Process Clerk - Office of the United States Attorney for the Northern District of Texas at 1100 Commerce St., 3rd Floor, Dallas, TX 75242-1699**

I, **Michael Molash**, swear and affirm that on **January 27, 2021** at **10:16 AM**, I did the following:

Served **Regina Lombardo, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, by serving Civil Process Clerk - Office of the United States Attorney for the Northern District of Texas** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Exhibits** by Certified Mailing to ; Regina Lombardo, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, by serving Civil Process Clerk - Office of the United States Attorney for the Northern District of Texas at 1100 Commerce St., 3rd Floor , Dallas, TX 75242-1699.

**Supplemental Data Appropriate to this Service:** On 01-27-2021, a copy of the legal documents were certified mailed to the subject with receipt number: 70202450000233104047 to the address of: 1100 Commerce St., 3rd Floor, Dallas, TX 75242-1699.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Michael Molash**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **261799**

District of Columbia: SS
Subscribed and Sworn to before me
this 27 day of January 2021

Brandon Snesko, Notary Public, D.C.
My commission expires August 14, 2021



# AFFIDAVIT OF PROCESS SERVER

In the United States District Court for the Northern District of Texas
Dallas Division

**Second Amendment Foundation, Inc., et al**

    Plaintiff(s),

vs.

**Bureau of Alcohol, Tobacco, Firearms and Explosives, et al**

    Defendant(s).

Attorney: Chad Flores

Farhang & Medcoff PLLC
4801 E. Broadway Blvd., #311
Tucson AZ 85711



*261800*

**Case Number: 3:21-cv-00116-B**

Legal documents received by Same Day Process Service, Inc. on **01/26/2021** at **4:26 PM** to be served upon **Regina Lombardo, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, by serving Attorney General of the United States** at **950 Pennsylvania Avenue, NW, Washington, DC 20530-0001**.

I, **Michael Molash**, swear and affirm that on **January 27, 2021** at **10:16 AM**, I did the following:

Served **Regina Lombardo, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, by serving Attorney General of the United States** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Exhibits** by Certified Mailing to **Regina Lombardo, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, by serving Attorney General of the United States** at **950 Pennsylvania Avenue, NW , Washington, DC 20530-0001**.

**Supplemental Data Appropriate to this Service:** On 01-27-2021, a copy of the legal documents were certified mailed to the subject with receipt number: 70202450000233104054 to the address of: 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Michael Molash**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **261800**

District of Columbia: SS
Subscribed and Sworn to before me
this ___27___ day of __January__, __2021__

_____
Brandon Snesko, Notary Public, D.C.
My commission expires August 14, 2021

# AFFIDAVIT OF PROCESS SERVER

### In the United States District Court for the Northern District of Texas
### Dallas Division

**Second Amendment Foundation, Inc., et al**

    Plaintiff(s),

vs.

**Bureau of Alcohol, Tobacco, Firearms and Explosives, et al**

    Defendant(s).

Attorney: Chad Flores

Farhang & Medcoff PLLC
4801 E. Broadway Blvd., #311
Tucson AZ 85711



*261803*

**Case Number: 3:21-cv-00116-B**

Legal documents received by Same Day Process Service, Inc. on **01/26/2021** at **4:29 PM** to be served upon **United States Department of Justice, by serving Civil Process Clerk - Office of the United States Attorney for the Northern District of Texas at 1100 Commerce St., 3rd Floor, Dallas, TX 75242-1699**

I, **Michael Molash**, swear and affirm that on **January 27, 2021** at **10:16 AM**, I did the following:

Served **United States Department of Justice, by serving Civil Process Clerk - Office of the United States Attorney for the Northern District of Texas** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Exhibits** by **Certified Mailing** to United States Department of Justice, by serving Civil Process Clerk - Office of the United States Attorney for the Northern District of Texas at **1100 Commerce St., 3rd Floor , Dallas, TX 75242-1699**.

**Supplemental Data Appropriate to this Service:** On 01-27-2021, a copy of the legal documents were certified mailed to the subject with receipt number: 70202450000233104085 to the address of: 1100 Commerce St., 3rd Floor, Dallas, TX 75242-1699.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Michael Molash**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **261803**

District of Columbia: SS
Subscribed and Sworn to before me
this 27 day of January, 2021

_____
Brandon Snesko, Notary Public, D.C.
My commission expires August 14, 2021

# AFFIDAVIT OF PROCESS SERVER

In the United States District Court for the Northern District of Texas
Dallas Division

**Second Amendment Foundation, Inc., et al**

Plaintiff(s),

vs.

**Bureau of Alcohol, Tobacco, Firearms and Explosives, et al**

Defendant(s).

Attorney: Chad Flores

Farhang & Medcoff PLLC
4801 E. Broadway Blvd., #311
Tucson AZ 85711



*261804*

Case Number: 3:21-cv-00116-B

Legal documents received by Same Day Process Service, Inc. on **01/26/2021** at **4:30 PM** to be served upon **United States Department of Justice, by serving Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001**

I, **Michael Molash**, swear and affirm that on **January 27, 2021** at **10:16 AM**, I did the following:

Served **United States Department of Justice, by serving Attorney General of the United States** by delivering a conformed copy of the **Summons in a Civil Action; Complaint; Civil Cover Sheet; Exhibits** by Certified Mailing to **United States Department of Justice, by serving Attorney General of the United States at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001**.

**Supplemental Data Appropriate to this Service:** On 01-27-2021, a copy of the legal documents were certified mailed to the subject with receipt number: 70202450000233104092 to the address of: 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Michael Molash**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID: **261804**

District of Columbia: SS
Subscribed and Sworn to before me
this 27 day of January, 2021

_____
Brandon Snesko, Notary Public, D.C.
My commission expires August 14, 2021