UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT FOUNDATION, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-0116-B |
| BUREAU OF ALCOHOL TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, | § § § § § | |
| Defendants. | § | |

## ORDER TO SHOW CAUSE

After reviewing the papers and pleadings on file, the Court notes that no local counsel has appeared on behalf of Plaintiffs as Local Rule 83.10(a) requires. Therefore, the Court **ORDERS** the following: By **Monday, March 1, 2021,** Plaintiffs must obtain local counsel or otherwise **SHOW CAUSE**, in writing, why local counsel has not yet appeared on their behalf. Failure to comply with this Order may result in sanctions.

SO ORDERED.

SIGNED: February 22, 2021.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE