IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT FOUNDATION, INC., RAINIER ARMS, LLC, SAMUEL WALLEY, and WILLIAM GREEN,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and JEFFREY ROSEN, in his official capacity as Acting ATTORNEY GENERAL, U.S. Department of Justice,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § | Case No. 3:21-CV-00116-B |

**ORDER GRANTING PLAINTIFFS' MOTION FOR
LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**

This Court has considered the Motion for Leave to Proceed Without Local Counsel ("the Motion") filed by Plaintiffs Second Amendment Foundation, Inc.; Rainier Arms, LLC; Samuel Walley; and William Green (the "Plaintiffs"), and is of the opinion that such Motion should be granted.  It is therefore

**ORDERED** that Plaintiffs may proceed in this matter without local counsel.

SIGNED this _____ day of _____, 2021.

_____
JUDGE PRESIDING