IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT FOUNDATION, INC., RAINIER ARMS, LLC, SAMUEL WALLEY, and WILLIAM GREEN,<br><br>          Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and JEFFREY ROSEN, in his official capacity as Acting ATTORNEY GENERAL, U.S. Department of Justice,<br><br>          Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 3:21-cv-00116-B |

## **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Plaintiffs Second Amendment Foundation, Inc., Rainier Arms, LLC, Samuel Walley, and William Green give notice to the Court in the above-styled matter of the appearance of additional counsel of record, as follows:

> J. Caleb Rawls
> calebrawls@gmail.com
> RAWLS LAW OFFICE, P.C.
> State Bar. No. 24041753
> 3010 LBJ Freeway, Suite 1200
> Dallas, Texas 75234
> Telephone: (972) 919-6118
> Facsimile: (214) 723-5932

DATED:     March 15, 2021

Respectfully submitted,

BECK REDDEN LLP
By /s/ *Chad Flores*
Chad Flores
cflores@beckredden.com
State Bar No. 24059759
Daniel N. Nightingale
dnightingale@beckredden.com
State Bar No. 24098886
Hannah Roblyer
hroblyer@beckredden.com
State Bar No. 24106356
1221 McKinney St., Suite 4500
Houston, TX 77010
(713) 951-3700 | (713) 952-3720 (fax)

RAWLS LAW OFFICE, P.C.
Caleb Rawls
calebrawls@gmail.com
State Bar. No. 24041753
3010 LBJ Freeway, Suite 1200
Dallas, Texas 75234
(972) 919-6118 | (214) 723-5932 (fax)

Attorneys for Plaintiffs

\* *Pro Hac Vice application forthcoming*