IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECOND AMENDMENT FOUNDATION, INC., RAINIER ARMS, LLC, SAMUEL WALLEY, and WILLIAM GREEN, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and JEFFREY ROSEN, in his official capacity as Acting ATTORNEY GENERAL, U.S. Department of Justice, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § Case No. 3:21-cv-00116-B |

## DESIGNATION OF LOCAL COUNSEL

Plaintiffs Second Amendment Foundation, Inc., Rainier Arms, LLC, Samuel Walley, and William Green respectfully file this Designation of Local Counsel and hereby designate Mr. Caleb Rawls of the Rawls Law Office, P.C., 3010 LBJ Freeway, Suite 1200, Dallas, Texas 75234, as local counsel for Plaintiffs in this matter.

DATED:     March 15, 2021

        Respectfully submitted,

        BECK REDDEN LLP
        By /s/ *Chad Flores*
        Chad Flores
        cflores@beckredden.com
        State Bar No. 24059759
        Daniel N. Nightingale
        dnightingale@beckredden.com
        State Bar No. 24098886
        Hannah Roblyer
        hroblyer@beckredden.com

State Bar No. 24106356
1221 McKinney St., Suite 4500
Houston, TX 77010
(713) 951-3700 | (713) 952-3720 (fax)

RAWLS LAW OFFICE, P.C.
Caleb Rawls
calebrawls@gmail.com
State Bar. No. 24041753
3010 LBJ Freeway, Suite 1200
Dallas, Texas 75234
(972) 919-6118 | (214) 723-5932 (fax)

Attorneys for Plaintiffs

*Pro Hac Vice application forthcoming*

2