UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Second Amendment Foundation, et al.  §
    *Plaintiff*  §
  §
  §
v.  §  Case No. 3:21-cv-00116-B
  §
  §
Bureau of Alcohol, Tobacco, & Firearms et al.  §
    *Defendant*  §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Clark Hill PLC, with offices at

1001 Pennsylvania Ave NW, Suite 1300 South
(Street Address)

Washington      DC      20004
(City)      (State)      (Zip Code)

202-772-0917      202-552-2371
(Telephone No.)      (Fax No.)

**II.**    Applicant will sign all filings with the name  Matthew A. Goldstein.

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Second Amendment Foundation, Inc.
Rainier Arms, LLC
Samuel Walley
William Green

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of __District of Columbia__, where Applicant regularly practices law.

Bar license number: 975000      Admission date: July 6, 2007

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

Court:                                Admission Date:                     Active or Inactive:

Active Member: U.S.D.C. for the District of Arizona (July 9, 2003); Ninth Circuit Court of Appeals (March 20, 2006); U.S. Court of International Trade (July 26, 2006); United States Supreme Court (April 16, 2007); District of Columbia Court of Appeals (July 6, 2007); U.S.D.C. for the District of Columbia (July 5, 2015); Fifth Circuit Court of Appeals (Sept. 9, 2015); U.S. Court of Appeals, District of Columbia Cir. (Feb. 1, 2016); U.S. Court of Federal Claims (March 25, 2019); State of Arizona Supreme Court (May 23, 2003)

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

No discipline. N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

No proceedings. N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

Arrested in 1989 (age 18) and charged with Felony Assault/reduced to Misdemeanor Assault and DISMISSED November 15, 1989, City Court of New Rochelle, New York.

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| None. N/A | |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Chad Flores of Beck Redden LLP, who has offices at

1221 McKinney St., Suite 4500
(Street Address)

| Houston | Texas | 77010 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| 713-951-3700 | 713-952-3720 |
|---|---|
| (Telephone No.) | (Facsimile No.) |

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the  18  day of March, 2021.

Matthew A. Goldstein
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.