IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SECOND AMENDMENT FOUNDATION,
*et al.*,

      *Plaintiffs*,

    v.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES, *et al.*,

      *Defendants*.

No. 3:21-cv-0116-B

## NOTICE OF APPEARANCE

Please enter the appearance of Charles Roberts, Trial Attorney for the U.S. Department of Justice, as appearing on behalf of all Defendants, in the above-captioned matter. Please direct all communication regarding this case to Mr. Roberts's contact information below.

Dated: March 29, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

 */s/ Charles E.T. Roberts*
CHARLES E.T. ROBERTS
PA Bar No. 326539
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 305-8628
Fax: (202) 616-8470
Email: charles.e.roberts@usdoj.gov

*Attorneys for Defendants*