IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECOND AMENDMENT FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | No. 3:21-cv-0116-B |

**ORDER**

The Court, having considered Defendants' Consent Motion filed March 29, 2021, **ORDERS** the following:

The following schedule shall be entered:

1. On or before April 9, 2021, Defendants shall produce to Plaintiffs the administrative record for the agency decisions at issue in this case.

2. On or before May 21, 2021, Plaintiffs shall file a motion for summary judgment.

3. On or before June 18, 2021, Defendants shall file a cross-motion for summary judgment, the certified administrative record, and a combined motion to dismiss.

4. On or before July 9, 2021, Plaintiffs shall file a reply in support of their motion for summary judgment and response to Defendants' combined cross-motion for summary judgment and motion to dismiss.

5. On or before July 30, 2021, Defendants shall file a reply in support of their combined cross-motion for summary judgment and motion to dismiss.

It is further **ORDERED** that Defendants' deadline to answer or otherwise respond to the Amended Complaint, ECF No. 3, shall be suspended until June 18, 2021.

**SO ORDERED.**

**SIGNED: _____, 2021.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE