IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECOND AMENDMENT FOUNDATION, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*,<br><br>    *Defendants*. | No. 3:21-cv-0116-B |

**CERTIFICATE OF INTERESTED PERSONS**

Other than the parties to this case, the undersigned counsel for Defendants Bureau of Alcohol, Tobacco, Firearms, and Explosives, Regina Lombardo, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, and Merrick B. Garland, in his official capacity as Attorney General of the United States,[1] is unaware of any other person or entity with a potential financial interest in this case.

Dated: March 29, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

 /s/ Charles E.T. Roberts
CHARLES E.T. ROBERTS
PA Bar No. 326539
Trial Attorney
U.S. Department of Justice

---

[1] Merrick B. Garland has been substituted for Jeffrey Rosen as Defendant in this case pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20530
Tel: (202) 305-8628
Fax: (202) 616-8470
Email: charles.e.roberts@usdoj.gov

*Attorneys for Defendants*

**Certificate of Service**

On March 29, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                          _/s/ Charles E.T. Roberts_
                                          CHARLES E.T. ROBERTS
                                          Trial Attorney