UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT FOUNDATION, *et al.*, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-0116-B |
| BUREAU OF ALCOHOL TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, | § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Consent Motion for Extension of Time to File Answer and Set Briefing Schedule (Doc. 17). The Court **GRANTS** the motion, and, in accordance with the parties' proposal, sets the following schedule:

1. On or before **April 9, 2021**, Defendants shall produce to Plaintiffs the administrative record for the agency decisions at issue in this case.

2. On or before **May 21, 2021**, Plaintiffs shall file a motion for summary judgment not to exceed thirty-five pages.

3. On or before **June 19, 2021**, Defendants shall file, *in a single filing not to exceed thirty-five pages*, a cross-motion for summary judgment and a combined motion to dismiss. The administrative record shall accompany Defendants' cross-motion and motion to dismiss.

4. On or before **July 9, 2021**, Plaintiffs shall file, *in a single filing not to exceed twenty pages*, a combined reply in support of their motion for summary judgment and response to Defendants' combined cross-motion for summary judgment and motion to dismiss

5. On or before **July 30, 2021**, Defendants shall file, *in a single filing not to exceed twenty pages*, a reply in support of their combined cross-motion for summary judgment and motion to dismiss.

SO ORDERED.

SIGNED: March 30, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE