IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT FOUNDATION, INC., RAINIER ARMS, LLC, SAMUEL WALLEY, and WILLIAM GREEN, <br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and JEFFREY ROSEN, in his official capacity as Acting ATTORNEY GENERAL, U.S. Department of Justice,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § | Case No. 3:21-cv-00116-B |

## **NOTICE OF ADMISSION OF DANIEL N. NIGHTINGALE**

In response to this Court's electronic order dated April 12, 2021 (Dkt. No. 21), Plaintiffs Second Amendment Foundation, Inc., Rainier Arms, LLC, Samuel Walley, and William Green respectfully give notice to the Court in the above-styled matter that, as of April 23, 2021, counsel for Plaintiffs, Daniel Nolan Nightingale, has been admitted to the Northern District of Texas. *See* Ex. A.

DATED: April 23, 2021

                                                             Respectfully submitted,

                                                             BECK REDDEN LLP
                                                             By /s/ *Daniel N. Nightingale*
                                                             Chad Flores
                                                             cflores@beckredden.com
                                                             State Bar No. 24059759
                                                             Daniel N. Nightingale
                                                             dnightingale@beckredden.com
                                                             State Bar No. 24098886

Hannah Roblyer
hroblyer@beckredden.com
State Bar No. 24106356
1221 McKinney St., Suite 4500
Houston, TX 77010
(713) 951-3700 | (713) 952-3720 (fax)

FARHANG & MEDCOFF
Matthew Goldstein *
mgoldstein@farhangmedcoff.com
D.C. Bar No. 975000
4801 E. Broadway Blvd., Suite 311
Tucson, AZ 85711
(202) 550-0040 | (520) 790-5433 (fax)

Attorneys for Plaintiffs

* *Admitted pro hac vice*

2