Exhibit A

**Laura L. Crain**

| | |
|---|---|
| **From:** | Attorney_txnd <Attorney_txnd@txnd.uscourts.gov> |
| **Sent:** | Friday, April 23, 2021 11:09 AM |
| **To:** | Laura L. Crain |
| **Subject:** | RE: Request for Expedited Admission - Daniel N. Nightingale |

*** This message came from outside Beck Redden LLP. ***

Good morning,

Now that the admission fee has been paid, your attorney is considered admitted. No further action is required.

Thank you!

**Rachel Carter**
Operations Assistance Team
Northern District of Texas, Dallas Division
214-753-2208

---

**From:** Laura L. Crain <lcrain@beckredden.com>
**Sent:** Friday, April 23, 2021 10:53 AM
**To:** Attorney_txnd <Attorney_txnd@txnd.uscourts.gov>
**Subject:** Request for Expedited Admission - Daniel N. Nightingale

**CAUTION - EXTERNAL:**

Good morning,

I've attached the fully executed Application for Admission to the Northern District of Texas of Daniel N. Nightingale. We are requested expedited admission because the judge in a pending case has ordered his admission by Monday, April 26.

Please let me know if this is possible. I am paying the admission fee now.

Thank you in advance!

**LAURA L. CRAIN**
*Assistant to Russell Post, Chad Flores, John Adcock & Parth Gejji*

**Beck Redden LLP**
(713) 951-6289



1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010

website | linkedin | vCard | map | lcrain@beckredden.com

**CONFIDENTIALITY NOTICE**: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Case 3:21-cv-00116-B   Document 22-1   Filed 04/23/21   Page 3 of 3   PageID 155