IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECOND AMENDMENT FOUNDATION, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*,<br><br>    *Defendants*. | No. 3:21-cv-0116-B |

**ORDER**

Before the Court is Defendants' Consent Motion filed May 21, 2021. The Court **GRANTS** the motion and, in accordance with the parties' proposal, **ORDERS** the following:

It is **ORDERED** that this case shall be stayed and all proceedings shall be held in abeyance.

It is further **ORDERED** that the parties shall file a joint status report on or before June 14, 2021, indicating whether this case and all proceedings should continue to be held in abeyance or proposing a schedule for continuing the litigation.

**SO ORDERED.**

**SIGNED:** _____, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE