IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECOND AMENDMENT FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | No. 3:21-cv-0116-B |

**MOTION TO WITHDRAW**

Lead counsel of record for Defendants, Charles Roberts of the Department of Justice, hereby respectfully moves to withdraw from this case. Mr. Roberts has accepted employment at a private law firm and will soon be leaving the Department of Justice. Defendants will remain represented in this action by other attorneys from the Department of Justice, including Trial Attorney Jody D. Lowenstein and Assistant U.S. Attorney Brian W. Stoltz who have previously appeared in the case and whose address and other contact information are set forth below.

Dated: January 20, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　LESLEY FARBY
　　　　　　　　　　　　　　　　　　　　Assistant Branch Director

　　　　　　　　　　　　　　　　　　　　 /s/ Charles E.T. Roberts
　　　　　　　　　　　　　　　　　　　　CHARLES E.T. ROBERTS
　　　　　　　　　　　　　　　　　　　　PA Bar No. 326539
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　1100 L Street NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　Tel: (202) 305-8628
　　　　　　　　　　　　　　　　　　　　Fax: (202) 616-8470
　　　　　　　　　　　　　　　　　　　　Email: charles.e.roberts@usdoj.gov

　　　　　　　　　　　　　　　　　　　　JODY D. LOWENSTEIN
　　　　　　　　　　　　　　　　　　　　Mont. Bar No. 55816869
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　　　1100 L Street NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Phone: (202) 598-9280
　　　　　　　　　　　　　　　　　　　　Email: jody.d.lowenstein@usdoj.gov

　　　　　　　　　　　　　　　　　　　　Brian W. Stoltz
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24060668
　　　　　　　　　　　　　　　　　　　　1100 Commerce Street, Third Floor
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75242-1699
　　　　　　　　　　　　　　　　　　　　Tel: 214-659-8626
　　　　　　　　　　　　　　　　　　　　Fax: 214-659-8807
　　　　　　　　　　　　　　　　　　　　Email: brian.stoltz@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

**Certificate of Conference**

The parties have conferred about the relief requested herein and Plaintiffs do not oppose undersigned counsel's withdrawal.

      /s/ Charles E.T. Roberts
CHARLES E.T. ROBERTS
Trial Attorney

**Certificate of Service**

On January 20, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

      /s/ Charles E.T. Roberts
CHARLES E.T. ROBERTS
Trial Attorney