IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT FOUNDATION, INC., RAINIER ARMS, LLC, SAMUEL W ALLEY, and WILLIAM GREEN, <br><br> Plaintiffs, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, REGINA LOMBARDO, in her official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and JEFFREY ROSEN, in his official capacity as Acting ATTORNEY GENERAL, U.S. Department of Justice, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § | Case No. 3:21-cv-00116-B |

**<u>ORDER</u>**

Upon consideration of the Unopposed Motion to Withdraw Certain Counsel filed by Plaintiffs Second Amendment Foundation, Inc., Rainier Arms, LLC, Samuel Walley, and William Green ("Plaintiffs"), it is hereby:

ORDERED that Plaintiffs' motion is GRANTED; it is further

ORDERED that Matthew A. Goldstein be withdrawn as counsel of record for Plaintiffs in this matter and removed from all service lists and the CM/ECF system for this matter.

SIGNED this _____ day of _____, 2022.

_____
Judge Presiding