UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT FOUNDATION, *et al.*, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-0116-B |
| BUREAU OF ALCOHOL TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, | § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Joint Status Report and Proposed Schedule for Further Proceedings (Doc. 48). After several stays of this case, the defendants have submitted a final rule to the Federal Register, which is scheduled to be published on January 31, 2023. Doc. 48, Status Rep., 2. Accordingly, the Court **ORDERS** the following:

1. The current stay on this case (Doc. 47, Order) shall be lifted on February 17, 2023.

2. The following deadlines are adopted for further proceedings:

    (a) Plaintiffs will file an amended complaint on February 17, 2023.

    (b) Plaintiffs will file a motion for a preliminary injunction, if any, on March 3, 2023.

    (c) Defendants will file a response to any motion for a preliminary injunction by March 24, 2023.

    (d) Plaintiffs may file a reply in support of any motion for a preliminary injunction by April 7, 2023.

    (e) Defendants' deadline to answer or otherwise respond to plaintiffs' amended complaint is extended until either (i) 21 days after the Court resolves any

motion for a preliminary injunction; or (ii) March 24, 2023, in the event that plaintiffs do not file a motion for a preliminary injunction.

**SO ORDERED**.

**SIGNED: February 1, 2023.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE