IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT FOUNDATION, INC., RAINIER ARMS, LLC, SAMUEL WALLEY, and WILLIAM GREEN,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, STEVEN M. DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br><br>Defendants. | §§§§§§§§§§§§§§§§§§ | Case No. 3:21-cv-00116-B |

**Plaintiffs' Motion for a Preliminary Injunction**

Plaintiffs Second Amendment Foundation, Inc., Rainier Arms, LLC, and the Individual Plaintiffs, move for a preliminary injunction against the Agencies.[1] The Court should enter a preliminary injunction enjoining the Agencies from enforcing the "Arm Brace Rule," *Factoring Criteria for Firearms With Attached "Stabilizing Braces,"* 88 Fed. Reg. 6478 (Jan. 31, 2023), against the Plaintiffs and postponing the Arm Brace Rule until this litigation's conclusion. Plaintiffs support this motion with the accompanying brief and evidence. The Agencies oppose.

Respectfully submitted,

BECK REDDEN LLP
By /s/ *Chad Flores*
Chad Flores
cflores@beckredden.com
State Bar No. 24059759
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700 | (713) 952-3720 (fax)

---

[1] *See* Doc. 50 at 7-8, ¶¶ 17-26 (listing the "Individual Plaintiffs" and the "Agencies").