**Declaration of William Green**
**March 3, 2023**

I, William Green, declare under penalty of perjury that the following statements are true and correct:

1. I am a United States citizen and Texan. I reside within the United States District Court for the Northern District of Texas's Dallas Division. I am a Second Amendment Foundation member. I am eligible to possess firearms under state and federal law.

2. I am a licensed police officer in Texas and employed as a full-time police officer. My role in this litigation is solely in an individual, personal capacity. It is in no way reflective of the department's views and is in no way controlled or influenced by the department.

3. I was seriously injured in the line of duty, resulting in significant nerve damage to my neck, which affects the middle finger, ring finger, and pinky in each of my hands. The damage is more pronounced on my right hand, and I suffer from loss of function in both hands.

4. Because of my physical disability, I possess multiple brace-equipped pistols. Each has a common "AR pistol" configuration and includes an SB Tactical "SBA3" arm brace. Without an arm brace, my disability prevents the operation of these firearms with sufficient safety and efficacy. With an arm brace, I am able to safely and effectively operate these firearms despite my disability.

5. In my personal capacity, I keep and bear these brace-equipped pistols only for traditionally lawful purposes, such as self-defense within the home. I operate them regularly to maintain a fully responsible, safe, and effective level of preparedness.

6. In my capacity as a full-time police officer, I utilize firearms as directed by my Department, in full compliance with all pertinent rules and regulations. In normal circumstances, my duties as a police officer do not entail the use of my personal brace-equipped pistols. There are, however, extraordinary circumstances, such as an active shooter incident, in which state law and department protocols would provide for my duties as a peace officer to entail the use of my personal brace-equipped pistol.

7. The Arm Brace Rule, *Factoring Criteria for Firearms With Attached "Stabilizing Braces,"* 88 Fed. Reg. 6478 (Jan. 31, 2023), injures me directly, concretely, and substantially no matter which compliance path is forced. Complying via the NFA registration process would inflict substantial financial injuries that would never be recovered. Complying by altering my firearms would inflict the substantial practical injury of significantly lessened firearm safety and/or efficacy. Worst of all, compliance by way of firearm destruction or surrender inflicts the irreparable harm of abridging my Second Amendment right to keep and bear arms.

8. I executed this declaration on March 3, 2023.

_____
William Green