## Declaration of Samuel Walley
## March 3, 2023

I, Samuel Walley, declare under penalty of perjury that the following statements are true and correct:

1. I am a citizen of the United States the State of Georgia. I am a Second Amendment Foundation member. I am eligible to possess firearms under state and federal law.

2. I am a United States Army veteran with disabilities incurred during active duty. While serving in 2012 in Afghanistan, an improvised explosive device inflicted traumatic injuries that resulted in the partial amputation of my leg and left arm.

3. Because of my physical disabilities, I possess multiple brace-equipped pistols. Each has a common "AR pistol" configuration and includes the kind of arm brace that is commonly available. Without an arm brace, my disability prevents the operation of these firearms with sufficient safety and efficacy. With an arm brace, I am able to safely and effectively operate these firearms despite my disability.

4. I keep and bear these brace-equipped pistols only for traditionally lawful purposes, such as self-defense within the home. I operate them regularly to maintain a fully responsible, safe, and effective level of preparedness.

5. The Arm Brace Rule, *Factoring Criteria for Firearms With Attached "Stabilizing Braces,"* 88 Fed. Reg. 6478 (Jan. 31, 2023), injures me directly, concretely, and substantially no matter which compliance path is forced. Complying via the NFA registration process would inflict substantial financial injuries that would never be recovered. Complying by altering my firearms would inflict the substantial practical injury of significantly lessened firearm safety and/or efficacy. Worst of all, compliance by way of firearm destruction or surrender inflicts the irreparable harm of abridging my Second Amendment right to keep and bear arms.

6. I executed this declaration on March 3, 2023.

_____
**Samuel Walley**