# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SECOND AMENDMENT FOUNDATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*,<br><br>*Defendants*. | No. 3:21-cv-0116-B |

The Court, having considered Defendants' Consent Motion for Leave to File Oversized Brief, hereby **GRANTS** the motion. Defendants may file a response to Plaintiffs' Motion for a Preliminary Injunction, ECF No. 51, that is at most 40 pages. Plaintiffs may file a reply in support of their motion that is at most 25 pages.

**SO ORDERED.**

**SIGNED:**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE