IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECOND AMENDMENT FOUNDATION, INC., RAINIER ARMS, LLC, SAMUEL WALLEY, and WILLIAM GREEN,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, STEVEN M. DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br><br>Defendants. | Case No. 3:21-cv-00116-B |

**Plaintiffs' Consent Motion for Extension of the Deadline to File
Plaintiffs' Reply in Support of Plaintiffs' Motion for a Preliminary Injunction**

Plaintiffs respectfully request a one-day extension of the filing deadline for Plaintiffs' reply brief in support of Plaintiffs' motion for a preliminary injunction. *See* Doc. 51 (Plaintiffs' Motion); Doc. 55 (Defendants' opposition). The current deadline is tomorrow, April 7, 2023. Plaintiffs request an additional day because a member of lead counsel's family was hospitalized today, April 6, 2023, imposing personal obligations that prevent the completion of the reply brief by its current deadline. With the requested one-day extension, Plaintiffs' reply brief would be due on Monday, April 10, 2023. Plaintiffs conferred with Defendants, who consented to this request. For these reasons, Plaintiffs request that the Court enter an order making April 10, 2023, the deadline for Plaintiffs' reply in support of their motion for a preliminary injunction.

Respectfully submitted,

BECK REDDEN LLP
By /s/ *Chad Flores*
Chad Flores
cflores@beckredden.com
State Bar No. 24059759
1221 McKinney St., Suite 4500
Houston, Texas 77010
(713) 951-3700 | (713) 952-3720 (fax)