IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECOND AMENDMENT FOUNDATION, INC., RAINIER ARMS, LLC, SAMUEL WALLEY, and WILLIAM GREEN,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, STEVEN M. DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br><br>Defendants. | Case No. 3:21-cv-00116-B |

The Court, having considered Plaintiffs' Consent Motion for Extension of the Deadline to File Plaintiffs' Reply in Support of Plaintiffs' Motion for a Preliminary Injunction, hereby GRANTS the motion. Plaintiffs may file a reply in support of their motion for a preliminary injunction on or before April 10, 2023.