IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECOND AMENDMENT FOUNDATION, INC., RAINIER ARMS, LLC, SAMUEL WALLEY, and WILLIAM GREEN,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, STEVEN M. DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, UNITED STATES DEPARTMENT OF JUSTICE, and MERRICK B. GARLAND, in his official capacity as Attorney General of the United States,<br><br>Defendants. | Case No. 3:21-cv-00116-B |

**Plaintiffs' Unopposed Motion to Withdraw Certain Counsel**

Plaintiffs file this unopposed motion to withdraw Hannah L. Roblyer from the case as counsel for Plaintiffs because Ms. Roblyer is now associated with a firm that no longer represents the Plaintiffs. This motion does not impact Plaintiffs' representation by current lead counsel, Chad Flores of Flores Law PLLC, who shall remain lead counsel for all Plaintiffs as already indicated on the docket. For these reasons, Plaintiffs request that the Court enter an order withdrawing Hannah L. Roblyer from the case as counsel for Plaintiffs.

**Certificate of Conference**

This motion is unopposed. The parties conferred in accordance with Local Rule 7.1.

Respectfully submitted,

FLORES LAW PLLC

By /s/ *Chad Flores*
Chad Flores
cf@chadfloreslaw.com
State Bar No. 24059759
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 893-9440

Hannah L. Roblyer
State Bar No. 24106356
hroblyer@adjtlaw.com
ALEXANDER DUBOSE & JEFFERSON LLP
1844 Harvard Street
Houston, Texas 77008-4342
Telephone: (713) 523-2358
Facsimile: (713) 522-4553