**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECOND AMENDMENT FOUNDATION,** *et al.*, | § § § | |
| **Plaintiffs,** | § § | |
| **vs.** | § § | **CIVIL ACTION NO. 3:21-CV-0116-B** |
| **BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,** *et al.*, | § § § | |
| **Defendants.** | § § | |

**APPENDIX TO THE NATIONAL RIFLE ASSOCIATION OF AMERICA'S**
**BRIEF IN SUPPORT OF PARTIALLY UNOPPOSED MOTION TO INTEREVENE**
**AND FOR A PRELIMINARY INJUNCTION**

**BREWER, ATTORNEYS &**
**COUNSELORS**

By: */s/ William A. Brewer III*
William A. Brewer III
State Bar of Texas No. 02967035
wab@brewerattorneys.com
Matthew H. Davis
State Bar of Texas No. 24069580
mhd@brewerattorneys.com
Noah Peters (*pro hac vice* to be filed**)**
nbp@brewerattorneys.com
BREWER, ATTORNEYS &
COUNSELORS
1717 Main Street, Suite 5900
Dallas, TX 75201
Telephone: (214) 653-4012

**ATTORNEYS FOR PLAINTIFF THE**
**NATIONAL RIFLE ASSOCIATION OF**
**AMERICA**

| P. APP'X NO. | DOCUMENT DESCRIPTION |
|---|---|
| 1-35 | Exhibit A – NRA's Complaint in Intervention |
| 36-38 | Exhibit 1 to NRA's Complaint in Intervention - Carlson Declaration |
| 39-44 | Exhibit 2 to NRA's Complaint in Intervention - McCarthy Letter |
| 45-69 | Exhibit 3 to NRA's Complaint in Intervention - NRA-ILA Comments on Proposed Rule |
| 70-75 | Exhibit 4 to NRA's Complaint in Intervention - NRA-ILA, "Updates to Final Rule on Stabilizing Braces" (Jan. 30, 2023); *available at* https://www.nraila.org/articles/20230130/updates-to-atf-final-rule-on-stabilizing-braces |
| 76-81 | Exhibit 5 to NRA's Complaint in Intervention - NRA-ILA, "Biden Administration Continues to Push to Target Firearms with Attached Stabilizing Braces" (Dec. 12, 2022); *available at* https://www.nraila.org/articles/20221212/biden-administration-continues-push-to-target-firearms-with-attached-stabilizing-braces |
| 82-89 | Exhibit 6 to NRA's Complaint in Intervention - SB Tactical, "Our History," *available at* https://www.sb-tactical.com/about/company/ |
| 90-97 | Exhibit 7 to NRA's Complaint in Intervention - Sen. Bill Cassidy, "Cassidy, McConnell, Colleagues Call on Biden Administration to Withdraw Gun Braces Ban" (June 25, 2021), *available at* https://www.cassidy.senate.gov/newsroom/press-releases/cassidy-mcconnell-colleagues-call-on-biden-administration-to-withdraw-gun-braces-ban |
| 98-103 | Exhibit 8 to NRA's Complaint in Intervention - Sen. John Kennedy, "Kennedy, Marshall, Clyde introduce resolution to stop Biden admin from turning lawful gunowners into felons with pistol brace rule" (Mar. 15, 2023); *available at* https://www.kennedy.senate.gov/public/2023/3/kennedy-marshall-clyde-introduce-resolution-to-stop-biden-admin-from-turning-lawful-gunowners-into-felons-with-pistol-brace-rule |
| 104-107 | Exhibit 9 to NRA's Complaint in Intervention - FTISB Letter 304,679 (Oct. 3, 2016) available at https://gearheadworks.com/wp-content/uploads/2018/12/Mod-2-Approval-Letter.pdf |
| 108-136 | Exhibit 10 to NRA's Complaint in Intervention - Bureau of Alcohol, Tobacco and Firearms, Firearms Commerce in the United States: Statistical Update 2021, available at https://www.atf.gov/firearms/docs/report/2021-firearms-commerce-report/download |
| 137-144 | Exhibit B – Declaration of Charles Cotton |
| 145-147 | Exhibit C – Declaration of Dr. Carl Carlson |
| 148-152 | Exhibit D – A More Than Four Decade Brick-By-Brick Restoration and Defense of Our Second Amendment Freedom |
| 153-248 | Exhibit E – Final Rule, Regulatory Impact Analysis |

| P. APP'X NO. | DOCUMENT DESCRIPTION |
|---|---|
| 249-252 | Exhibit F – Congressional Research Service, "Handguns, Stabilizing Braces, and Related Components" |

Dated:  June 6, 2023

Respectfully submitted,

**BREWER, ATTORNEYS & COUNSELORS**

By: _/s/ William A. Brewer III_

William A. Brewer III
State Bar of Texas No. 02967035
wab@brewerattorneys.com
Matthew H. Davis
State Bar of Texas No. 24069580
mhd@brewerattorneys.com
Noah Peters (*pro hac vice* to be filed**)**
nbp@brewerattorneys.com
BREWER, ATTORNEYS & COUNSELORS
1717 Main Street, Suite 5900
Dallas, TX 75201
Telephone: (214) 653-4012

**ATTORNEYS FOR PLAINTIFF THE NATIONAL RIFLE ASSOCIATION OF AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 6th day of June 2023, upon the following counsel of record:

| | |
|---|---|
| Charles Flores<br>(cflores@beckredden.com)<br>Caleb Rawls<br>(calebrawls@gmail.com) | Brian Walters Stoltz<br>(brian.stoltz@usdoj.gov)<br>Jody D. Lowenstein<br>(Jody.d.lowenstein@usdoj.gov) |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

*/s/ Matthew H. Davis*
Matthew H. Davis