**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **SECOND AMENDMENT FOUNDATION,** *et al.*, | § § § |
| **Plaintiffs,** | § § |
| **vs.** | §    **CIVIL ACTION NO.  3:21-CV-0116-B** § |
| **BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,** *et al.*, | § § § |
| **Defendants.** | § |

**THE NATIONAL RIFLE ASSOCIATION OF AMERICA'S
CERTIFICATE OF INTERESTED PERSONS**

The National Rifle Association of America (the "NRA") files this Certificate of Interested Persons, pursuant to Fed. R. Civ. P. 7.1, LR7.4, and LR3.1.c., stating that the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities may be financially interested in the outcome of this case:

(1)     Plaintiff-Intervenor NRA – a New York not-for-profit corporation, which has no parent corporation.  The NRA issues no stock, and therefore no publicly held corporation owns 10% or more of its stock.

(2)     Plaintiff Second Amendment Foundation.

(3)     Plaintiff Rainer Arms, LLC.

(4)     Plaintiff Samuel Walley.

(5)     Plaintiff William Green.

**NATIONAL RIFLE ASSOCATION OF AMERICA'S CERTIFICATE OF INTERESTED PERSONS**

Dated:  June 7, 2023                    Respectfully submitted,

                                        **BREWER, ATTORNEYS &
                                        COUNSELORS**

                                        By: */s/ William A. Brewer III*
                                           William A. Brewer III
                                           State Bar of Texas No. 02967035
                                           wab@brewerattorneys.com
                                           Matthew H. Davis
                                           State Bar of Texas No. 24069580
                                           mhd@brewerattorneys.com
                                           Noah Peters (*pro hac vice* to be filed)
                                           nbp@brewerattorneys.com
                                           BREWER, ATTORNEYS &
                                           COUNSELORS
                                           1717 Main Street, Suite 5900
                                           Dallas, TX 75201
                                           Telephone: (214) 653-4012

                                        **ATTORNEYS FOR PLAINTIFF THE
                                        NATIONAL RIFLE ASSOCIATION OF
                                        AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via the Court's electronic filing system on this 7th day of June, 2023, upon the following counsel of record:

| | |
|---|---|
| Charles Flores (cf@chadfloreslaw.com) Caleb Rawls (calebrawls@gmail.com) | Brian Walters Stoltz (brian.stoltz@usdoj.gov) Jody D. Lowenstein (Jody.d.lowenstein@usdoj.gov) |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

                                        */s/ Matthew H. Davis*
                                           Matthew H. Davis

2