UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Second Amendment Foundation, et al §
    *Plaintiff* §
§
§
v. § Case No. 3:21-CV-0116-B
§
§
Bureau of Alcohol, Tobacco, Firearms and Expl§
    *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Brewer Attorneys & Counselors, with offices at

1717 Main Street, Suite 5900
(Street Address)

Dallas      TX      75201
(City)      (State)      (Zip Code)

(214) 653-4012
(Telephone No.)      (Fax No.)

**II.**    Applicant will sign all filings with the name Noah Peters.

**III.**    Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

The National Rifle Association of America

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____New York_____, where Applicant regularly practices law.

Bar license number: 4853396      Admission date: August 19, 2010

For Court Use Only.
Bar StatusVerified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| District of Columbia | November 17, 2015 | Active |
| Southern District of New York | November 22, 2011 | Active |
| U.S. Supreme Court | May 18, 2015 | Active |
| U.S. Court of Appeals for D.C. Circuit | August 30, 2019 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

William A. Brewer III                                                                                , who has offices at

1717 Main Street, Suite 5900
(Street Address)

Dallas                                              TX                       75201
(City)                                              (State)                  (Zip Code)

(214) 653-4012
(Telephone No.)                                     (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   8th   day of June                              , 2023   .

Noah Peters
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.