# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SECOND AMENDMENT FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | No. 3:21-cv-0116-B |

The Court, having considered Defendants' Motion to Stay Proceedings, hereby **GRANTS** the motion. This case is hereby stayed pending the Fifth Circuit's resolution of the expedited appeal in *Mock v. Garland*, No. 23-10319 (5th Cir.).

**SO ORDERED.**

**SIGNED:**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE