# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SECOND AMENDMENT FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | No. 3:21-cv-0116-B |

The Court, having considered Defendants' Consent Motion for Extension of Time to Respond to Complaint, hereby **GRANTS** the motion. Defendants' deadline to respond to Plaintiffs' complaint is extended until two weeks after either (i) any stay is lifted, or (ii) the Court denies Defendants' motion to stay proceedings in this case.

**SO ORDERED.**

**SIGNED:**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE