UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT FOUNDATION, INC.; RAINIER ARMS, LLC; SAMUEL WALLEY; and WILLIAM GREEN, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-0116-B |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; STEVEN M. DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, | § § § § § § § § § § § § | |
| Defendants. | § | |

### ORDER

Following the Court's request, the parties have filed a Joint Status Report and Proposed Schedule (Doc. 92). Based on that joint status report, the Court **ORDERS** the following:

1. The Court's preliminary injunction and stay shall remain in place until the Fifth Circuit's mandate is issued in *Mock v. Garland*, No. 23-10319 (5th Cir. filed Mar. 31, 2023). *See* Doc. 62, Prelim. Inj. Order; Doc. 89, Stay Order.

2. Plaintiffs will file an unopposed motion to amend the preliminary injunction motion and supplemental brief by September 8, 2023.

3. Defendants will file their responsive supplemental brief by September 15, 2023.

- 1 -

SO ORDERED.

SIGNED: September 5, 2023.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE