UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECOND AMENDMENT FOUNDATION, INC.; RAINIER ARMS, LLC; SAMUEL WALLEY; and WILLIAM GREEN, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-0116-B |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; STEVEN M. DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives; UNITED STATES DEPARTMENT OF JUSTICE; and MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, | § § § § § § § § § § § § | |
| Defendants. | § § | |

ORDER SETTING HEARING

An evidentiary hearing on Plaintiffs' Motion for a Preliminary Injunction is set for:

Wednesday, October 18, 2023 at 10:00 a.m.
Before Judge Jane J. Boyle
Courtroom 1516, Fifteenth Floor
United States Courthouse
1100 Commerce Street
Dallas, Texas 75242

No later than **October 17, 2023**, counsel for each party intending to offer exhibits shall **exchange a complete set** of marked exhibits (including demonstrative exhibits) with opposing counsel and shall **deliver a set of marked exhibits to the Court's chambers** (except for large or voluminous items that cannot be easily reproduced). A **list of witnesses**, if any, shall also be

- 1 -

exchanged, with a copy delivered to the Court's chambers, by each party no later than October 17, 2023. The witness lists should provide: (i) the name and address of each witness; (ii) a brief narrative summary of the testimony to be covered by each witness; and (iii) the expected duration of direct or cross-examination of the witness. Each party will be **limited to ninety (90) minutes** to present its argument and evidence.

The current injunction and stay **will expire on October 13, 2023** (Doc. 99)**.**

**SO ORDERED.**

**SIGNED: October 10, 2023.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE