# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 12, 2023
Lyle W. Cayce
Clerk

No. 23-10707

---

SECOND AMENDMENT FOUNDATION INCORPORATED, *Et al.*,

*Plaintiffs*,

THE NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED

*Movant—Appellant*,

*versus*

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES; STEVEN DETTELBACH, *in his official capacity as Director of the Bureau of Alcohol Tobacco Firearms and Explosives*; UNITED STATES DEPARTMENT OF JUSTICE; MERRICK GARLAND, *U.S. Attorney General*,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-116

---

Before CHIEF JUDGE RICHMAN, JONES, and HO, *Circuit Judges*.

J U D G M E N T

No. 23-10707

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that we AFFIRM the denial of intervention as of right and DISMISS the denial of permissive intervention.

IT IS FURTHER ORDERED that movant-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Dec 12, 2023

Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 12, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

No. 23-10707   National Rifle Association v. Bureau of Alcohol
               USDC No. 3:21-CV-116

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

cc:  Mr. William A. Brewer III
     Mr. Matthew Hogan Davis
     Mr. Steven H. Hazel
     Mr. Sean Janda
     Mr. Benjamin Lewis
     Mr. Noah Barnett Peters
     Mr. Brian Walters Stoltz
     Ms. Abby Christine Wright