# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SECOND AMENDMENT FOUNDATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*, <br><br> *Defendants*. | No. 3:21-cv-0116-B |

## JOINT STATUS REPORT

On December 13, 2024, this Court stayed proceedings in this matter pending the Fifth Circuit's resolution of an appeal in the related case of *Mock v. Bondi*, No. 24-10743 (5th Cir.). *See* Order, ECF No. 116. The Court also instructed the parties to submit a joint status report every 60 days thereafter to keep the Court apprised of the status of the appeal in *Mock*. Pursuant to that order, the parties respectfully inform the Court that, on July 25, 2025, the Fifth Circuit entered an order granting the stipulated dismissal of the appeal in *Mock*. Accordingly, the final rule at issue in this action, *Factoring Criteria for Firearms with "Stabilizing Braces,"* 88 Fed. Reg. 6,478 (Jan. 31, 2023), is vacated by *Mock v. Garland*, No. 4:23-cv-95-O, 2024 WL 2982056 (N.D. Tex. June 13, 2024). The parties are currently discussing whether any further proceedings are necessary in this action.

Dated: August 11, 2025    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN

Assistant Branch Director

*/s/ Taylor Pitz*
TAYLOR PITZ
Cal. Bar No. 332080
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-5200
Email: taylor.n.pitz@usdoj.gov

*Attorneys for Defendants*


*/s/ Chad Flores*
Chad Flores
cf@chadflores.law
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

On August 11, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Taylor Pitz
TAYLOR PITZ
Trial Attorney
U.S. Department of Justice