# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SECOND AMENDMENT FOUNDATION, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, *et al.*,<br><br>    *Defendants*. | No. 3:21-cv-0116-B |

## JOINT STATUS REPORT

In December 2024, this Court stayed proceedings in this matter pending the Fifth Circuit's resolution of an appeal in the related case of *Mock v. Bondi*, No. 24-10743 (5th Cir.). *See* Order, ECF No. 116. The Court also instructed the parties to submit a joint status report every 60 days thereafter to keep the Court apprised of the status of that appeal.

On August 11, 2025, the parties informed the Court that, in late July, the Fifth Circuit had granted a stipulated dismissal of the appeal in *Mock*, thereby making the district court's vacatur of the rule at issue in that case—and this one—final. *See* ECF No. 124. Given that development, the parties further informed the Court that they would discuss whether any further proceedings in this matter would be necessary. *See id.*

Around that time, defendants asked plaintiffs whether they would stipulate to the dismissal of this action, given that the vacatur of the challenged rule, *Factoring Criteria for Firearms with "Stabilizing Braces,"* 88 Fed. Reg. 6,478 (Jan. 31, 2023), was final. Plaintiffs informed defendants that they believe they are entitled to attorney's fees, but have yet to make any request or file any motion in that regard. Defendants have informed plaintiffs of defendants' position that plaintiffs are not entitled to any

attorney's fees.

The parties conferred following the recent restoration of the Department of Justice's appropriations, *see* ECF Nos. 125, 126, and plaintiffs have requested more time to determine how they would like to proceed. The parties therefore propose to file another joint status report on or before January 21, 2026, in which they will propose next steps for resolving this matter.

Dated: November 21, 2025              Respectfully submitted,

                                                BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
TAYLOR PITZ
Cal. Bar No. 332080
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*


*/s/ Chad Flores*
Chad Flores
cf@chadflores.law
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640

*Attorney for Plaintiffs*

2

## CERTIFICATE OF SERVICE

On November 21, 2025, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Jody D. Lowenstein
JODY D. LOWENSTEIN
Trial Attorney
U.S. Department of Justice